**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**v.**                                    **CASE NO.  4:18-CR-00463-BSM-1**

**JONATHAN PENNINGTON**                                                    **DEFENDANT**

## ORDER

Jonathan Pennington's motion to reduce his sentence [Doc. No. 47] is denied because the 18 U.S.C. section 3553 factors that courts consider in determining whether to grant a sentence reduction do not support reducing his sentence. *See* 18 U.S.C. § 3582(c)(2) (directing courts to consider the section 3553 factors to the extent they apply).  Pennington is currently serving an 84-month sentence but the parties agree that Amendment 821 to the United States Sentencing Guidelines reduces Pennington's applicable sentencing range to between 57 and 71 months.  The instant offense was extremely serious and Pennington has an extensive criminal history prior to committing it.  *See* Resp. Mot. Reduce Sentence 3–4, Doc. No. 48.  Therefore, although he has demonstrated good behavior while incarcerated, 84 months remains an appropriate sentence.  *See* 18 U.S.C. § 3553(a)(1) (directing courts to consider "the nature and circumstances of the offense and the history and characteristics of the defendant" in imposing a sentence").

IT IS SO ORDERED this 15th day of April, 2024.

UNITED STATES DISTRICT JUDGE